UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

WARRUG, INC.,                                                    1:21-cv-04341-VSB

               Plaintiff,                        ~~[PROPOSED]~~

     v.                                                            **JUDGMENT**

G/O MEDIA, INC. d/b/a GIZMODO,

               Defendant.
-------------------------------------------------------------X

WHEREAS, on June 17, 2021, pursuant to Rule 68 of the Federal Rules of Civil

Procedure, G/O Media, Inc., d/b/a Gizmodo, served on plaintiff Warrug, Inc. an offer to take

judgment against it in this action in the amount of $1,000.00, inclusive of pre-judgment interest

and the attorneys' fees, costs, and expenses incurred by plaintiff in this action (the "Offer of

Judgment"); and

WHEREAS, on June 29, 2021, plaintiff accepted the Offer of Judgment and, on July 8,

2021, filed its Notice of Acceptance of Offer of Judgment.

IT IS HEREBY ORDERED and ADJUDGED that Judgment is hereby entered pursuant

to Rule 68 of the Federal Rules of Civil Procedure in favor of plaintiff Warrug, Inc., as against

defendant G/O Media, Inc. d/b/a Gizmodo in the amount of $1,000.00, inclusive of pre-judgment

interest and the attorneys' fees, costs, and expenses incurred by plaintiff in this action.

**SO ORDERED**, on this 12th day
of   July  , 2021

_____
   Hon. Vernon S. Broderick, U.S.D.J.